JOSH COLE AICKLEN
Nevada Bar No. 007254
Josh.aicklen@lewisbrisbois.com
STEPHEN L. TITZER
Nevada Bar No. 008289
Stephen.titzer@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
TEL: 702.893.3383
FAX: 702.893.3789
Attorneys for Defendant
BLAKE ROBERT FUHRIMAN and
DP CURTIS TRUCKING

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH BRACY,<br><br>    Plaintiff,<br><br>vs.<br><br>BLAKE ROBERT FUHRIMAN; individually; DP CURTIS TRUCKING, INC., Utah Corporation; DOES I-X, inclusive,<br><br>    Defendants. | CASE NO.:   2:20-cv-00460 |

### DEFENDANTS BLAKE ROBERT FUHRIMAN AND DP CURTIS TRUCKING, INC.'S ANSWER TO PLAINTIFF ELIZABETH BRACY'S COMPLAINT

COME NOW, Defendants BLAKE ROBERT FUHRIMAN and DP CURTIS TRUCKING, INC. ("Defendants"), by and through their counsel, Josh Cole Aicklen, Esq. and Stephen L. Titzer, Esq. of LEWIS BRISBOIS BISGAARD & SMITH LLP, and answer Plaintiff ELIZABETH BRACY'S ("Plaintiff") Complaint as follows:

/ / /

/ / /

/ / /

4811-1343-2246.1

1. Answering Paragraphs 1, 4, 5, 6 and 7 of the Plaintiff's Complaint, these answering Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations of said paragraphs, and on that basis, these answering Defendants deny each and every allegation set forth therein.

2. Answering Paragraphs 2 and 3 of Plaintiff's Complaint, these answering Defendants admit the allegations set forth therein.

3. Answering Paragraphs 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18 and 19 of the Plaintiff's Complaint, these answering Defendants deny the allegations set forth therein.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a claim upon which relief may be granted against these answering Defendants.

### SECOND AFFIRMATIVE DEFENSE

The damages allegedly suffered by Plaintiff, if any, were proximately caused, or were contributed to, by reason of the negligence of the Plaintiff and such negligence bars Plaintiff's claims and/or reduces Plaintiff's recovery against these answering Defendants.

### THIRD AFFIRMATIVE DEFENSE

The damages allegedly suffered by Plaintiff, if any, were caused by the acts or omissions of other parties over whom these answering Defendants had no control.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiff has failed to mitigate her damages, if any.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiff is estopped from asserting any rights she may have against these answering Defendants.

### SIXTH AFFIRMATIVE DEFENSE

Plaintiff has waived any rights she may have had against these answering Defendants.

## SEVENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the statute of limitations and/or by the doctrine of laches.

## EIGHTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the doctrine of unclean hands.

## NINTH AFFIRMATIVE DEFENSE

All conduct by Defendants and those acting on their behalf was reasonable under the circumstances, undertaken in good faith, and not intentional, tortious or unlawful.

## TENTH AFFIRMATIVE DEFENSE

Plaintiff is not a real party in interest and does not have the capacity or standing to assert the claimed causes of action.

## ELEVENTH AFFIRMATIVE DEFENSE

Plaintiff consented to the actions and physical contact asserted in the Complaint.

## TWELFTH AFFIRMATIVE DEFENSE

Defendants are entitled to indemnity and contribution from any responsible party.

## THIRTEENTH AFFIRMATIVE DEFENSE

Plaintiff is in *pari delicto* as to the events asserted in the Complaint.

## FOURTEENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the Imminent Peril Doctrine.

## FIFTEENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the Unavoidable Accident Doctrine.

## SIXTEENTH AFFIRMATIVE DEFENSE

These answering Defendants incorporate by reference those affirmative defenses enumerated in FRCP 8 as if fully set forth herein for the specific purpose of not waiving any such defenses.  In the event further investigation and/or discovery reveals the applicability of any such defenses, or any other affirmative defenses, Defendants reserve


LEWIS
BRISBOIS
BISGAARD
& SMITH LLP

the right to seek leave of court to amend this answer to specifically assert any such defenses.

## PRAYER FOR RELIEF

WHEREFORE, Defendants pray for judgment as follows:

1. That the Court dismiss Plaintiff's Complaint in its entirety with prejudice;

2. That the Court award Defendants their costs and attorneys' fees incurred herein in the defense of this action; and

3. For such other and further relief as this Court deems just and proper.

DATED this __5__ day of March, 2020.

                Respectfully submitted,

                LEWIS BRISBOIS BISGAARD & SMITH LLP

                By      /s/ Josh Cole Aicklen
                      JOSH COLE AICKLEN
                      Nevada Bar No. 007254
                      STEPHEN L. TITZER
                      Nevada Bar No. 008289
                      6385 S. Rainbow Boulevard, Suite 600
                      Las Vegas, Nevada 89118
                      Attorneys for Defendant
                      BLAKE ROBERT FUHRIMAN and
                      DP CURTIS TRUCKING


LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW

1  <u>CERTIFICATE OF SERVICE</u>

2  Pursuant to NRCP 5(b), I certify that I am an employee of Lewis Brisbois Bisgaard
3  & Smith LLP and that on this __5__ day of March, 2020, I served a true copy of the
4  **DEFENDANTS BLAKE ROBERT FUHRIMAN AND DP CURTIS TRUCKING, INC.'S**
5  **ANSWER TO PLAINTIFF ELIZABETH BRACY'S COMPLAINT** via electronic service by
6  the U.S. District Court CM/ECF system to the parties with an email-address on record, as
7  follows:

| | |
|---|---|
| Joshua U. Aldabbagh, Esq.<br>BOLEY & ALDABBAGH, LTD.<br>1900 E. Bonanza Road<br>Las Vegas, Nevada 89101<br>Telephone: 702-435-3333<br>Fax: 702-475-6567<br>joshua@bandafirm.com<br>Attorneys for Plaintiff<br>ELIZABETH BRACY | |

By      /s/ Adrina Harris
        An Employee of
        LEWIS BRISBOIS BISGAARD & SMITH LLP



4811-1343-2246.1                          5