JOSH COLE AICKLEN
Nevada Bar No. 007254
Josh.aicklen@lewisbrisbois.com
STEPHEN L. TITZER
Nevada Bar No. 008289
Stephen.titzer@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
TEL: 702.893.3383
FAX: 702.893.3789
Attorneys for Defendants
BLAKE ROBERT FUHRIMAN and
DP CURTIS TRUCKING

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH BRACY,<br><br>          Plaintiff,<br><br>     vs.<br><br>BLAKE ROBERT FUHRIMAN; individually; DP CURTIS TRUCKING, INC., Utah Corporation; DOES I-X, inclusive,<br><br>          Defendants. | CASE NO.:   2:20-cv-00460-GMN-BNW |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, by and through their counsel, that Plaintiff's Complaint be dismissed with prejudice in its entirety as to Defendant BLAKE ROBERT FUHRIMAN and Defendant DP CURTIS TRUCKING ("Defendants"), with each party to bear their own attorneys' fees and costs; and

/ / /

/ / /

/ / /

4846-5199-2265.1

**IT IS FURTHER STIPULATED AND AGREED** that there is no jury trial or other hearings scheduled in this matter.

DATED: September 22, 2020.                    DATED: September 22, 2020.

LEWIS BRISBOIS BISGAARD & SMITH LLP           HICKS & BRASIER, PLLC

By   /s/ Josh Cole Aicklen, Esq.              By   /s/ Alison M. Brasier, Esq.
   JOSH COLE AICKLEN, ESQ.                         ALISON M. BRASIER, ESQ.
   Nevada Bar No. 007254                            Nevada Bar. No. 010522
   STEPHEN L. TITZER, ESQ.                          2630 South Jones Blvd.
   Nevada Bar No. 008289                            Las Vegas, NV 89146
   6385 S. Rainbow Boulevard, Suite 600             Attorneys for Plaintiff
   Las Vegas, NV 89118                              ELIZABETH BRACY
   Attorneys for Defendants
   BLAKE ROBERT FUHRIMAN and
   DP CURTIS TRUCKING

<u>ORDER FOR DISMISSAL WITH PREJUDICE</u>

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that all of Plaintiff's claims against Defendants in this case are DISMISSED WITH PREJUDICE in their entirety, with each party to bear their own attorneys' fees and costs; and

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that there is no jury trial or other hearings scheduled in this matter.

IT IS SO ORDERED.

Dated this __22__ day of September, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

Respectfully Submitted by:

LEWIS BRISBOIS BISGAARD & SMITH LLP


 /s/ Josh Cole Aicklen, Esq._____
JOSH COLE AICKLEN, ESQ.
Nevada Bar No. 007254
STEPHEN L. TITZER, ESQ.
Nevada Bar No. 008289
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada  89118
Attorneys for Defendants
BLAKE ROBERT FUHRIMAN and
DP CURTIS TRUCKING